371 A.2d 1298

Commonwealth v. Griffin, Appellant.

Argued November 11, 1976. Simon B. John, Assistant Public Defender, for appellant; Conrad B. Capuzzi, District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.